No. 00-8424. GRAY v. TURNER, SUPERINTENDENT, SOUTHERN MISSISSIPPI CORRECTIONAL INSTITUTION, ET AL. C. A. 5th Cir. Certiorari denied. 

No. 00-8425. TONEY v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00-8430. SIMMONS v. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. ██

No. 00-8443. STURGILL v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied. 

No. 00-8444. FIELDS v. CLARK ET AL. C. A. 11th Cir. Certiorari denied. 

No. 00-8448. SIMPLICIO v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00-8450. LANG v. WOODFORD, ACTING WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 00-8459. WOODCOX v. ANDERSON, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari denied.

No. 00-8460. KEMP v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. 

No. 00-8461. PAPACHRISTOU v. UNIVERSITY OF TENNESSEE. Ct. App. Tenn. Certiorari denied. 

No. 00-8462. BULL v. GALAZA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00-8465. RANGEL v. PRUNTY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 00-8466. KREBS v. SUPERIOR COURT OF CALIFORNIA, SAN LUIS OBISPO COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 00-8469. BELL v. STEGALL, WARDEN. C. A. 6th Cir. Certiorari denied.